DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

**Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    ALAN M SMITH,

              Debtor.

Case No.: 17-28032-MBK

Judge.: Michael B. Kaplan

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

**DATED: March 14, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

| | |
|---|---|
| In Re: | Case No.: 17-28032-MBK |
| ALAN M SMITH, | Judge.: Michael B. Kaplan |
| Debtor. | Chapter: 13 |

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, TD Bank, N.A (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor shall continue to make his monthly post-petition mortgage payments, pursuant to the terms of his Note and Mortgage, directly to the creditor and outside the Chapter 13 Plan.

2. The debtor shall pursue loss mitigation with the Creditor. In the event debtor is unable to enter a loan modification with the Creditor by May 1, 2018, or unless extended by the Court, then the debtor shall file an Amended Plan to cure pre-petition arrears through the Chapter 13 Plan within thirty (30) days.

| | |
|---|---|
| Richard J. Tracy, Esq. | James Cerbone, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | 2430 Highway 34, Building B |
| 30 Montgomery St, Suite 1205 | Suite 22 |
| Jersey City, New Jersey 07302 | Wall, New Jersey 08736 |
| Dated: 3/13/2018 | Dated: March 12, 2018 |