DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    ALAN M SMITH,

                Debtor.

Case No.: 17-28032-MBK

Judge.: Michael B. Kaplan

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

In Re:

    ALAN M SMITH,

            Debtor.

Case No.: 17-28032-MBK

Judge.: Michael B. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, TD Bank, N.A (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1.     The debtor shall continue to make his monthly post-petition mortgage payments, pursuant to the terms of his Note and Mortgage, directly to the creditor and outside the Chapter 13 Plan.

2.     The debtor shall pursue loss mitigation with the Creditor. In the event debtor is unable to enter a loan modification with the Creditor by May 1, 2018, or unless extended by the Court, then the debtor shall file an Amended Plan to cure pre-petition arrears through the Chapter 13 Plan within thirty (30) days.

_/s/ Richard J. Tracy_
Richard J. Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, New Jersey 07302

Dated: 3/13/2018

_/s/ James Cerbone_
James Cerbone, Esq.
Attorney for Debtor
2430 Highway 34, Building B
Suite 22
Wall, New Jersey 08736

Dated: March 12, 2018

United States Bankruptcy Court
District of New Jersey

In re:  
Alan M Smith  
    Debtor

Case No. 17-28032-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 14, 2018  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.  
db      +Alan M Smith,    1515 7th Avenue,    Neptune, NJ 07753-4945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       James J. Cerbone    on behalf of Debtor Alan M Smith cerbonelawfirm@aol.com  
       Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
       Richard James Tracy, III    on behalf of Creditor    TD Bank N.A. rtracy@schillerknapp.com,  
    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                  TOTAL: 5