Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−28032−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alan M Smith
   1515 7th Avenue
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−3522

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 28, 2019
JAN: kmf

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alan M Smith  
    Debtor

Case No. 17-28032-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 28, 2019  
                              Form ID: 148    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.
```
db             +Alan M Smith,    1515 7th Avenue,    Neptune, NJ 07753-4945
517051249      +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
517051250       Duane Morris,    Attn: Brett Messinger,    30 South 17 Street,    Philadelphia, PA 19103-4196
517123312      +TD Bank, N.A.,    c/o Schiller, Knapp,,    Lefkowitz & Hertzel, LLP,
                 30 Montgomery Street, Suite 1205,    Jersey City, New Jersey 07302-3835
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 00:36:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 00:36:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517258639       EDI: CAUT.COM Jan 29 2019 05:03:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517182252       EDI: PRA.COM Jan 29 2019 05:03:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517248231       EDI: Q3G.COM Jan 29 2019 05:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
517051251       EDI: RMSC.COM Jan 29 2019 05:03:00      SYNCB,    PO Box 965060,    Orlando, FL 32896-5060
517052185      +EDI: RMSC.COM Jan 29 2019 05:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517051252       EDI: TDBANKNORTH.COM Jan 29 2019 05:03:00      TD Bank,    PO Box 9547,    Portland, ME 04112-9547
517262042       EDI: TDBANKNORTH.COM Jan 29 2019 05:03:00      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              James J. Cerbone    on behalf of Debtor Alan M Smith cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```